UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

MAXBOUNTY, ULC, a Canadian
Unlimited Liability Corporation

        Plaintiff,

    v.

ZOCDOC, INC., a Delaware Corporation;
and DOES 1-10, inclusive

        Defendants.

**Case No. 1:24-cv-03307**

**[JURY TRIAL DEMANDED]**

## COMPLAINT

Plaintiff MaxBounty, ULC ("MaxBounty") hereby brings this Complaint against Zocdoc, Inc. ("Zocdoc") and Does 1 through 10, inclusive (collectively "Defendants"), and alleges as follows:

## INTRODUCTION

1. Through this Complaint, MaxBounty seeks payment of $234,080.00 in amounts due and owing to it from Zocdoc, pursuant to that certain Zocdoc Affiliate Agreement ("Agreement"), effective November 23, 2022, by and between Zocdoc, on the one hand, and MaxBounty, on the other hand. A true and correct copy of the Agreement is attached hereto as **Exhibit A**.

## JURISDICTION AND VENUE

2. This Court has original jurisdiction of this action under 28 U.S.C. Section 1332, because this is a civil action between citizens of different states in which the matter in controversy, exclusive of costs and interest, exceeds $75,000.00.

3. This Court has personal jurisdiction over Zocdoc because its principal place of business is in New York, New York, and it has continuous and systematic contacts with the State of New York.

4. Jurisdiction and venue are also appropriate in this Court, because the parties' Agreement provides that "[e]xclusive jurisdiction and venue for actions related to this Agreement

will be the state and federal courts located in New York County, New York, and both parties consent to the jurisdiction of such courts with respect to any such actions."

**PARTIES**

5.  MaxBounty is a world-leading performance-based CPA (cost-per-action) network that specializes in maximizing the return on investment of both advertisers and affiliates.  MaxBounty is a Canadian Unlimited Liability Corporation with its principal place of business in Ottawa, ON.

6.  On information and belief, Zocdoc is a Delaware corporation with its principal place of business in New York, New York.

7.  MaxBounty is not presently aware of the true names and capacities of the Defendants designated as Does 1 through 10, inclusive, but will hereafter seek leave of Court to amend this Complaint to allege the true names and capacities of each Doe Defendant, upon discovering their identities.

8.  Upon information and belief, each Doe Defendant is responsible in some manner for the transactions, events, and occurrences alleged, and the damages alleged were proximately caused thereby.

**GENERAL ALLEGATIONS**

9.  On or about November 23, 2022 MaxBounty and Zocdoc entered into the Agreement, pursuant to which MaxBounty agreed to provide, and Zocdoc agreed to accept, certain services relating to cost per action advertising.  Specifically, MaxBounty was contracted to provide new customer registrations to Zocdoc.  MaxBounty was to use its network of affiliate marketers to complete this service.

10. MaxBounty timely and fully completed all services contemplated under the parties' Agreement.

11. Based on MaxBounty performing all of its duties and obligations under the Agreement, MaxBounty issued several invoices to Zocdoc, including:   (1) Invoice No. 72585, dated September 30, 2023, for $157,920; and (2) Invoice No. 73455, dated October 31, 2023, for $76,160 (collectively, the "Invoices").  A true and correct copy of Invoice No. 72585 is attached

2

hereto as **Exhibit B**.  A true and correct copy of Invoice No. 73455 is attached hereto as **Exhibit C**.

12. Pursuant to the terms of the Agreement, Zocdoc was obligated to pay all amounts due and owing thereunder.

13. Notwithstanding MaxBounty's issuance of the Invoices, and its full and timely performance of its duties and obligations under the parties' Agreement, Zocdoc has failed to make any payment on the Invoices, which, in the aggregate, total $234,080.00.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract Against Zocdoc)

14. MaxBounty incorporates and realleges the allegations of Paragraphs 1-12 as if fully set forth herein.

15. MaxBounty and Zocdoc entered into the Agreement on or around November 23, 2022.

16. The Agreement is a valid and enforceable contract between MaxBounty and Zocdoc.

17. MaxBounty performed all of its duties and obligations under the Agreement.

18. Pursuant to the terms of the Agreement, Zocdoc was obligated to pay all amounts due and owing thereunder.

19. As of the filing of this Complaint, Zocdoc has failed to pay amounts that have been due and owing under the Agreement and Invoices, in the amount of $234,080.00.

20. MaxBounty has been harmed by Zocdoc's failure to comply with the terms and conditions of the Agreement, by virtue of its failure to pay amounts due and owing under the Agreement and Invoices, in the amount of $234,080.00.

21. Zocdoc's breach of the Agreement, by virtue of its failure to pay amounts due and owing under the Agreement in the amount of $234,080.00 caused MaxBounty's harm.

## **PRAYER**

WHEREFORE, MaxBounty prays for judgment as follows:

1.    For a judgment and decree awarding MaxBounty monetary damages as appropriate, in an amount not less than $234,080.00;

2.    For a judgment and decree awarding MaxBounty its costs;

3.    For a judgment and decree awarding MaxBounty pre-judgment and post-judgment interest as appropriate;

4.    For a judgment and decree awarding MaxBounty its attorneys' fees and expenses; and

5.    For such other and further relief as the Court may deem just and proper.

Dated:  April 30, 2024                          By: */s/ Alyssa J. Landow*
                                                       Alyssa J. Landow (Bar # 5958350)
                                                       Bety Javidzad (*pro hac vice* forthcoming)
                                                       Norman M. Aspis (*pro hac vice* forthcoming)
                                                       DENTONS US LLP
                                                       1221 Avenue of the Americas
                                                       New York, NY 10020
                                                       Telephone:  (212) 768-6700
                                                       Facsimile:  (212) 768-6800
                                                       alyssa.landow@dentons.com
                                                       bety.javidzad@dentons.com
                                                       norman.aspis@dentons.com

                                                       *Attorneys for Plaintiff MaxBounty, ULC*