# EXHIBIT A



# Completed Event Bookings (after 24 hours): **$35.00**   USD

## PAYOUT DETAILS

**Default Payout**            US$35.00 per order

## SCHEDULE

**Action Locking**            Actions are locked 10 day(s) after end of the month they are tracked

**Payout Scheduling**         Approved transactions are paid 10 day(s) after the end of the day they lock

## QUALIFIED REFERRALS

**Credit Policy**             Last Click

**Referral Window**           Allow referrals from clicks within 1 day(s)

# General Terms

**Currency**                  Financial transactions covered by this Contract will be processed in the USD currency. Currency exchanges will occur when you or your partner(s) have set a different default currency in account settings.

**Change Notification Period**  The Contract can be changed or cancelled with 1 day(s) notification to the media partner.

**Reversal Policy**           Reversal of performance advertising actions are decided by the Advertiser governed by a max reversal percentage of 100%

**Media Partner Tracking Pixel**  Advertiser does NOT allow media partner to fire their tracking pixel when the consumer action is completed.

**Zocdoc Affiliate Terms June 2022**  See attached

MCA (found at https://app.impact.com/content/MCA.ihtml ) does not apply if the parties have a separate agreement in place governing this Partner Contract.

Advertiser Name: Zocdoc

By : Gina Han  Nov 17, 2022 10:29

Unless separately signed below, this Partner Contract has been electronically accepted and executed as of the timestamp shown above.

Signature: _____

Date: _____

Media Partner Name: MaxBounty.com ULC

By : Matt McEvoy  Nov 23, 2022 08:26

Unless separately signed below, this Partner Contract has been electronically accepted and executed as of the timestamp shown above.

Signature: _____

Date: _____

**ZOCDOC AFFILIATE AGREEMENT**

This Affiliate Agreement (this "Agreement") is made by and between ZocDoc, Inc., a Delaware corporation located at 568 Broadway, 9th Fl, New York, NY 10012 ("Zocdoc"), and the individual or entity using the Services (defined below in Section 1(c)), and/or any individual, agent, employee, representative, network, parent, subsidiary, affiliate, successor, related entities, assigns, or all other individuals or entities acting on its behalf, at its direction, under its control, or under the direction or control of the same individual or entity who controls it) (collectively, "Partner"). This Agreement is entered into and effective as of the date agreed to by Partner (the "Effective Date") on PartnerStack.com ("Impact").

BY CLICKING ON THE "CONFIRM" BUTTON OR OTHERWISE USING THE SERVICES HEREUNDER, YOU HEREBY REPRESENT AND WARRANT THAT YOU ARE AT LEAST 18 YEARS OF AGE AND ARE DULY AUTHORIZED TO ENTER INTO AND BIND PARTNER TO THE TERMS AND CONDITIONS OF THIS AGREEMENT, AND ACKNOWLEDGE AND AGREE THAT ALL SUCH USE BY PARTNER IS SUBJECT TO SUCH TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO THESE TERMS OR ARE NOT AUTHORIZED TO BIND PARTNER, THEN DO NOT CLICK THE "CONFIRM" BUTTON AND PARTNER IS NOT LICENSED OR PERMITTED TO USE THE SERVICES.

1. **Definitions**.

   a. "Embedded Module" means a link or html and other code and functionality provided by Zocdoc (and available through Impact) that is displayed on the Partner Website that allows Partner End User to access and view Zocdoc Content via the Partner Website.

   b. "Partner End User" means a visitor to the Partner Website.

   c. "Partner Website" means the Partner-owned URL(s), domain(s) or mobile applications into which the Embedded Module is integrated and through which Partner directs traffic to the Zocdoc Platform.

   d. "Services" means the products, and services provided by Zocdoc hereunder, including but not limited to the Embedded Module and all Zocdoc-provided materials available on Impact.

   e. "Zocdoc Content" means all data, information and content provided or otherwise made available through the Zocdoc web properties or mobile application. Zocdoc Content includes the Zocdoc Marks, links and search functionality leading to the Zocdoc Platform, and advertising for Zocdoc or for third party products. In addition, Zocdoc Content includes any and all data and html and other code that accompanies the Services, and any upgrades, enhancements or modifications to such code.

   f. "Zocdoc Marks" means the Zocdoc name and logos.

   g. "Zocdoc Platform" means the online service available at zocdoc.com and Zocdoc mobile application that enables patients to set up accounts and thereafter book medical appointments.

2. **Partner Warranties**. As a condition for the use of the Services, Partner represents, warrants, and covenants as follows:

   a. it will conduct business and promote Zocdoc in a manner which reflects favorably at all times on the products, Services, goodwill and reputation of Zocdoc;

   b. it will comply at all times with any and all applicable laws, rules, regulations and guidelines including but not limited to FTC guidelines, the Telephone Consumer Protection Act, the California Consumer Privacy Act ("CCPA"), and The Controlling the Assault of Non-Solicited Pornography And Marketing Act of 2003 ("CAN-SPAM Act") in its use of the Services;

   c. it will not collect or transmit to Zocdoc via the Services or otherwise any health information or other personal data regarding individuals;

   d. it will not bid on any word containing a Zocdoc Mark, or any version or derivative thereof, or any other Zocdoc trade name, trademark, or service mark, through any pay-for-placement search engines or in meta-tags;

e.  it will not use any Zocdoc Marks, or any other Zocdoc service mark for the purpose of driving traffic away from Zocdoc or the Zocdoc Platform or in any manner not expressly authorized by this Agreement, or in any manner not expressly authorized in any Zocdoc branding guidelines available on Impact;

f.  it will not transmit through the Services or otherwise expose Zocdoc to any virus, bug, Trojan horse, malware, disabling device or other harmful code;

g.  it will not sublicense, resell, or otherwise distribute or provide the Embedded Module or any portion of the Services to third parties for subsequent sublicensing, resale, or other distribution to Partner End Users or other distributors; and

h.  it will avoid deceptive, misleading, or unethical representations that could be detrimental to Zocdoc or the Services, including, but not limited to, distributing unsolicited marketing materials, or engaging in any activity that violates Zocdoc's Acceptable Use Policy (which is hereby incorporated by reference into this Agreement).

3.  **Licenses**.

a.  Embedded Modules. Subject to the terms and conditions of this Agreement, Zocdoc hereby grants to Partner a limited, non-exclusive, non-sublicensable, non-transferable, non-assignable, revocable license to (i) embed the link or html and other code provided by Zocdoc hereunder on the Partner Website in order to serve the Embedded Modules to the Partner Website; (ii) use and display the Embedded Modules on the Partner Website; or (iii) otherwise share the Embedded Module with the Partner End Users, in each case, during the Term (defined below). Upon Zocdoc's request, Partner agrees to immediately remove any Embedded Modules from the Partner Website. Partner is not licensed to use the Embedded Modules for any other purpose, and nothing in this Agreement shall be deemed to grant Partner any other right, title or interest in the Embedded Modules. For the avoidance of doubt, Partner may not share or sublicense the Embedded Module to any third party under any circumstances.

b.  Zocdoc Marks. Subject to the terms and conditions of this Agreement, Partner may display Zocdoc Marks on the Partner Website in connection with the presentation of the Services and Zocdoc Content; provided that all goodwill related to such name and logo and all uses thereof shall comply with all Zocdoc branding guidelines provided to Partner or otherwise available on Impact, and any accrued goodwill shall inure solely to the benefit of Zocdoc. If any use of Zocdoc Marks is detrimental to Zocdoc or its business or otherwise objectionable (in Zocdoc's reasonable discretion), then Partner will promptly cease such use or modify its use to be consistent with Zocdoc's reasonable requests. Upon any termination of this Agreement, Partner will immediately cease all further use of Zocdoc Marks, or any other similar mark, name or logo.

4.  **Integration; Partner Website Requirements**.

a.  Integration of Services. Partner will integrate the Services and display the Zocdoc Content on the Partner Website in accordance with Zocdoc's requirements set forth in this Agreement and any other Zocdoc requirements available to Partner on ParterStack.

b.  Partner End User Terms. Partner hereby agrees that Partner will provide Services and Zocdoc Content to Partner End Users subject to the same terms and conditions that Partner uses to provide Partner's own products or services on the Partner Website ("End User Terms"). Partner acknowledges and agrees that (i) each Partner End User affirmatively accepts the End User Terms in connection with such Partner End User's use of the Partner Website; and (ii) such End User Terms include at least the following: (x) all legally required, and otherwise appropriate disclaimers related to the Services and its use, and (y) provisions regarding Partner's collection and processing of Partner End Users' personal information in compliance with all applicable laws and regulations and consistent with this Agreement. Further, the parties agree that Partner End Users shall be required to accept Zocdoc's Terms of Use and Privacy Policy (collectively, the "Zocdoc User Terms") in order to utilize the Zocdoc Platform.

c.  Right to Inspect. Zocdoc shall have the right to inspect Partner's use of the Services under this Agreement, and all related material and payments in order to ensure Partner's full compliance with the terms and conditions of this Agreement. Partner shall cooperate fully and shall provide Zocdoc immediate access to all

2

Zocdoc Affiliate Terms June 2022

requested materials in order to allow Zocdoc to exercise its right to inspect, and any payments due to Partner will be paused until Zocdoc completes its inspection to its reasonable satisfaction.

5. **Proprietary Rights; Restrictions**.

   a. <u>Ownership</u>. Zocdoc and its licensors retain all ownership, right, title and interest in and to the Services, the Zocdoc Platform, Zocdoc Marks, Zocdoc Content, all data and information processed by Zocdoc in connection with the Services and the Zocdoc Platform, and all other proprietary rights therein or collected in connection therewith (collectively, "<u>Zocdoc Materials</u>"). Except as specifically stated herein, nothing in this Agreement shall be construed to grant to Partner any copyright or other proprietary right or interest in or to the Zocdoc Materials.

   b. <u>Restrictions</u>. Except as expressly authorized under this Agreement, Partner may not (i) copy, rent, lease, sell, license, transfer, assign, sublicense, redistribute, disassemble, aggregate, index, reverse engineer or decompile, derive source code or algorithms from, modify or alter, interfere with, defeat, avoid, disrupt, bypass, remove, or disable any part of the Zocdoc Materials; (ii) circumvent or attempt to circumvent any restrictions on, access to, or use of the Zocdoc Materials or Embedded Module, or any of their constituent components, including but limited to link cloaking; (iii) use the Zocdoc Materials for any unlawful purpose, including to phish, spam, or distribute malware; (iv) otherwise use the Zocdoc Materials on behalf of any third party or on any websites other than the Partner Website, or to create or maintain a separate online scheduling platform, or other similar product or service; (v) resell, disclose, publish or distribute the Zocdoc Materials, including any information created, received, processed or provided through the Services; (vi) use the Zocdoc Materials in any manner or for any purpose that violates any law or regulation, any right of any person, including but not limited to intellectual property rights, rights of privacy, or rights of publicity; (vii) cache or store any content obtained via use of the Zocdoc Materials; or (viii) unduly influence or fraudulently create any bookings on the Zocdoc Platform. Partner agrees that, for the Term, it shall not use or present on the Partner Website, or otherwise market, promote or link to, an online scheduling service similar to the Zocdoc Service or any part thereof.

   c. <u>Placement</u>. Zocdoc prohibits the placement of the Services or Zocdoc Content on Partner Websites that include content that is offensive, abusive, harassing, threatening, discriminatory, vulgar, pornographic, or otherwise inappropriate, as determined by Zocdoc in its sole discretion. Partner may not display the Services or Zocdoc Content in a manner that does not permit successful linking or redirection to the Zocdoc Platform or delivery of the applicable Services to the Partner End User. Partner may not insert any intermediate page, splash page or other content between the Services and the Zocdoc Platform, unless specifically agreed to by Zocdoc in writing.

   d. <u>CCPA</u>. To the extent that the CCPA, or any other similar privacy law, is applicable to either party: (a) such party agrees to comply with all of its obligations under such law(s); and (b) to the extent that any data shared pursuant to this Agreement involves "Personal Information" (as defined by the CCPA), the parties agree that no monetary or other valuable consideration is being provided for such Personal Information and therefore neither party is "selling" (as defined by the CCPA) Personal Information to the other party. Partner agrees not to include Personal Information in any data it provides to Zocdoc, unless specifically requested by Zocdoc and permitted by applicable law. Partner agrees not to use the Services or the Embedded Module to track or collect Personal Information from any Partner End Users or visitors to the Zocdoc Platform.

   e. <u>Feedback</u>. Partner may choose to provide Zocdoc with comments concerning the Services or the Zocdoc Platform and Partner's use thereof, which may include bug reports, evaluations, proposed product integrations (and associated metrics and learnings) (collectively, "<u>Feedback</u>"). Partner agrees that Feedback is the exclusive property of Zocdoc. Zocdoc will be free to copy, modify, create derivative works of, publicly display, disclose, distribute, license and sublicense, incorporate and otherwise use the Feedback and derivative works thereto, for any and all commercial and non-commercial purposes with no obligation of any kind to Partner.

6. **Fees; Reporting**.

3

Zocdoc Affiliate Terms June 2022

a. <u>Fees</u>. Subject to the terms of this Agreement, Zocdoc will make payments to Partner in accordance with the <u>fee schedule available on Impact</u>, which is hereby incorporated into and made a part of this Agreement. Zocdoc may change the fee schedule available on Impact at any time with or without notice. Payments will be calculated solely based on Zocdoc's accounting. Zocdoc has the right to audit all Partner payments, and withhold or adjust payments to Partner to exclude any amounts, or invoice for amounts already paid, if Zocdoc reasonably determines to arise from invalid activity, which includes (but is not limited to) any use of the Services that is fraudulent, invalid, improperly automated, duplicative, or otherwise does not comply with the terms of this Agreement.

b. Payments to a Partner will be made directly from Impact in accordance with Impact's then-current policies. Zocdoc will provide reporting to Partners through Impact indicating the number of New Patient Bookings credited to Partner's Embedded Module.

7. **Confidentiality**.

a. <u>Confidential Information</u>. All trade secrets, know-how, methods, software, and other financial, business, regulatory or technical information that a party receives (the "<u>Receiving Party</u>") from the other party (the "<u>Disclosing Party</u>") in connection with this Agreement shall be the confidential information and proprietary information ("<u>Confidential Information</u>") of the Disclosing Party. Except for the specific rights granted by this Agreement, the Receiving Party shall not access, use or disclose any of the Confidential Information of Disclosing Party without Disclosing Party's prior written consent, and shall use reasonable care to protect the Confidential Information. Each party shall be responsible for any breach of confidentiality by its employees and contractors. Promptly after any termination of this Agreement (or at Disclosing Party's request at any other time), Receiving Party shall destroy or return to Disclosing Party all Confidential Information and all information, records and materials developed therefrom. Partner acknowledges and agrees that the Zocdoc Materials are Confidential Information of Zocdoc.

b. <u>Exclusions</u>. Confidential Information shall not include any information that: (i) is or becomes generally known to the public without breach of any obligation owed to the Disclosing Party; (ii) was known to the Receiving Party prior to its disclosure by the Disclosing Party without breach of any obligation owed to the Disclosing Party; (iii) was independently developed by the Receiving Party without breach of any obligation owed to the Disclosing Party; or (iv) is received from a third party without breach of any obligation owed to the Disclosing Party.

c. <u>Legally Compelled Disclosures</u>. If the Receiving Party is compelled by law to disclose Confidential Information of the Disclosing Party, it shall provide the Disclosing Party with prior notice of such compelled disclosure (to the extent legally permitted) and reasonable assistance, at Disclosing Party's request and cost, if the Disclosing Party wishes to contest the disclosure.

8. **Other Warranties; Disclaimer**.

a. <u>Warranties</u>. Each party represents and warrants to the other that: (i) it has full corporate power and authority to execute, deliver and perform this Agreement; and (ii) this Agreement has been duly and validly executed and constitutes the legal, valid and binding obligation of such party, enforceable against such party in accordance with its terms.

b. <u>Disclaimer</u>. ZOCDOC PROVIDES THE SERVICES, ZOCDOC CONTENT AND ZOCDOC PLATFORM ON AN "AS IS" BASIS, AND ZOCDOC DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO, USE OF AND ALL COMPONENTS AND ELEMENTS OF THE FOREGOING, THE SERVICES, ZOCDOC CONTENT, ZOCDOC PLATFORM AND THE SUBJECT MATTER OF THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, AND ALL WARRANTIES ARISING OUT OF COURSE OF DEALING, COURSE OF PERFORMANCE, OR USAGE IN TRADE. FURTHER, ZOCDOC DISCLAIMS ANY WARRANTY THAT PARTNERS' USE OF THE SERVICES, THE ZOCDOC CONTENT OR THE ZOCDOC PLATFORM WILL BE UNINTERRUPTED, ERROR-FREE, SECURE OR VIRUS FREE. WITHOUT LIMITING THE FOREGOING, ZOCDOC MAKES NO

4

REPRESENTATIONS REGARDING ANY MINIMUM AMOUNT OF REVENUE OR PAYMENTS TO PARTNER UNDER THIS AGREEMENT.

9. **Term; Termination**.

   a. Term. The term of this Agreement shall commence on the Effective Date and and continue in full force and effect until terminated in accordance with this Agreement.

   b. Termination. Either party may terminate this Agreement at any time, without cause or penalty, upon notice to the other party. Upon termination of the Agreement for any reason, Partner shall cease using all copies of the Services.

   c. Survival. The following provisions shall survive termination of this Agreement: Sections 4, 6 and 8-11.

10. **Limitation of Liability**. IN NO EVENT WILL ZOCDOC BE LIABLE REGARDING THE SUBJECT MATTER OF THIS AGREEMENT, REGARDLESS OF THE FORM OF ANY CLAIM OR ACTION (WHETHER IN CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE), FOR ANY (A) LOSS OR INACCURACY OF DATA, LOSS OR INTERRUPTION OF USE, OR COST OF PROCURING SUBSTITUTE TECHNOLOGY, GOODS OR SERVICES; (B) INDIRECT, PUNITIVE, INCIDENTAL, RELIANCE, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES INCLUDING, BUT NOT LIMITED TO, LOSS OF BUSINESS, REVENUES, PROFITS OR GOODWILL; OR (C) AMOUNTS IN THE AGGREGATE IN EXCESS OF THE AMOUNT PAID OR PAYABLE HEREUNDER DURING THE PREVIOUS 12 MONTHS, IN EACH CASE EVEN IF ZOCDOC HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

11. **Indemnification**.

   a. Partner Indemnity. Partner shall indemnify, defend, and hold Zocdoc and its employees, agents and other related parties harmless for any third party claims, liabilities, damages, judgments, or other losses, including legal fees and fines and penalties incurred by Zocdoc, arising out of or relating to (i) the content and/or activities on the Partner Website or any Partner logos or materials provided by Partner to Zocdoc ("Partner Materials"); (ii) Partner's use of the Services, Zocdoc Content, and Zocdoc Platform in violation of any law, rule, regulation or guideline; (iii) Partner's breach of the representations or warranties in this Agreement; or (iv) Partner's negligence or willful misconduct.

   b. Zocdoc Indemnity. Zocdoc shall indemnify Partner from and against any claim brought by a third party against Partner that the Embedded Module infringes upon any patent, trademark, copyright, or other intellectual property or proprietary right. If a claim is, or in Zocdoc's reasonable belief is likely to be, asserted, (i) Zocdoc may require Partner to discontinue use of the Embedded Module immediately; and (ii) Zocdoc will, at its sole option, either (x) procure for Partner the right to use and exercise its rights with respect to the Embedded Module, (y) modify the Embedded Module to make it not infringing while retaining substantially similar functionality; or (iii) if the remedies set forth in clauses 11(b)(ii)(x) and 11(b)(ii)(y) are not commercially feasible, as determined by Zocdoc in its sole discretion, terminate this Agreement. Zocdoc shall have no liability or obligation hereunder with respect to any claim to the extent based upon (1) any use of the Embedded Module not strictly in accordance with this Agreement or in an application or environment or on a platform or with devices for which it was not designed or contemplated, (2) modifications, alterations, combinations or enhancements of the Embedded Module not created by Zocdoc, (3) any Partner Materials, (4) any portion of the Embedded Module that implements Partner's requirements, (5) Partner's continuing allegedly infringing activity after being notified thereof, or (6) Partner's continuing use of any version of Embedded Module after being provided modifications that would have avoided the alleged infringement. The provisions of this section state the sole, exclusive, and entire liability of Zocdoc to Partner for, and are Partner's sole remedy with respect to, any infringement claim.

   c. Procedures. Any claim for indemnification under this Section 11 requires that (i) the indemnified party provides prompt written notice of the claim and reasonable cooperation, information, and assistance in connection therewith; and (ii) the indemnifying party shall have sole control and authority to defend, settle or compromise such claim. The indemnifying party shall not make any settlement that requires a materially adverse act or admission by the indemnified party without the indemnified party's written consent (such

5

consent not to be unreasonably delayed, conditioned or withheld). The indemnifying party shall not be liable for any settlement made without its prior written consent.

12. **Miscellaneous**.

a. <mark>Amendments; Changes</mark>. <mark>Zocdoc may add or remove functionalities or features of the Services at any time, and may suspend or stop a Service altogether, in its sole discretion. Zocdoc may modify the terms of this Agreement or any documents linked to herein at any time by posting a change notice or a new agreement on Impact or otherwise making reasonable efforts to communicate such change to you. If Partner does not agree to any modified terms, Partner's sole remedy shall be to stop using the Services.</mark>

b. Relationship of Parties. The parties hereto shall each be independent contractors in the performance of their obligations under this Agreement, and nothing contained herein shall be deemed to constitute either party as the agent or representative of the other party, or both parties as joint venturers or partners for any purpose. Partner will not make any statement, whether on Partner Website or otherwise, that reasonably would contradict anything in this Section 12.b.

c. Notices. Any notices required or permitted hereunder shall be given to the appropriate party by confirmed electronic means, or in writing at the address specified above or at such other address as the party shall specify in writing. Such notice shall be deemed given upon being sent by electronic means, or, if in writing, upon personal delivery, or sent by certified or registered mail, postage prepaid, three (3) days after the date of mailing.

d. Public Announcements. Each party must obtain the prior written consent of the other party before publishing or releasing any press release, advertising, marketing materials or other public statement concerning this Agreement or the relationship between the parties.

e. Force Majeure. If either party is unable to perform any of its obligations under this Agreement due to any cause beyond the reasonable control of such party, the affected party's performance shall be extended for the period of its inability to perform due to such occurrence. If the circumstances giving rise to the inability continue for more than sixty (60) days, the other party may terminate this Agreement upon written notice.

f. Assignment. This Agreement and the rights and obligations hereunder may not be assigned, in whole or in part, by either party without the other party's written consent, not to be unreasonably withheld. Notwithstanding the foregoing, Zocdoc may assign this Agreement to any successor to all or substantially all of its business which concerns this Agreement (whether by sale of assets or equity, merger, consolidation or otherwise) without Partner's consent. This Agreement shall be binding upon, and inure to the benefit of, the successors, representatives and permitted assigns of the parties hereto.

g. Governing Law. This Agreement shall be governed by and construed under the laws of the State of New York and the United States without regard to conflicts of laws provisions thereof. Exclusive jurisdiction and venue for actions related to this Agreement will be the state and federal courts located in New York County, New York, and both parties consent to the jurisdiction of such courts with respect to any such actions. In any action or proceeding to enforce rights under this Agreement, the prevailing party shall be entitled to recover its costs, expenses and attorneys' fees.

h. Severability. If any provision of this Agreement is held to be invalid, illegal or unenforceable in any respect, that provision shall be limited or eliminated to the minimum extent necessary so that this Agreement otherwise remains in full force and effect and enforceable.

i. Entire Agreement. This Agreement constitutes the entire agreement between the parties relating to the subject matter hereof and supersedes all proposals, letters of intent, memoranda of understanding, or discussions, whether written or oral, relating to the subject matter of this Agreement and all past dealing or industry custom. Headings and captions used in this Agreement are for convenience only and are not to be used in the interpretation of this Agreement.

Zoodoc Affiliate Terms June 2022

j.  <u>Waiver</u>. No provision of, or right or privilege under, this Agreement shall be deemed to have been waived by any act, delay, omission or acquiescence on the part of any party, its agents or employees.

k.  <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, all of which constitute the same instrument.