USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MAXBOUNTY, ULC, a Canadian Unlimited                    :
Liability Corporation,                                  :
                                    Plaintiff,          :
                                                        :
                      -against-                         :          24-CV-3307 (VEC)
                                                        :
                                                        :               ORDER
ZOCDOC, INC., a Delaware Corporation, and               :
DOES 1–10, inclusive,                                   :
                                                        :
                                                        :
                                    Defendants.         :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 3, 2024, the Court *sua sponte* dismissed the Complaint for lack of

subject matter jurisdiction, *see* Opinion, Dkt. 27; and

WHEREAS Defendant answered the Complaint on May 22, 2024, and asserted

counterclaims against Plaintiff, *see* Answer, Dkt. 13.

IT IS HEREBY ORDERED that the Opinion is amended to clarify that the case, and not

solely the Complaint, is dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that this Order does not impact the deadline by which

Plaintiff must move for leave to amend the Complaint, should Plaintiff have a good faith basis

to amend, alleging facts sufficient to invoke diversity jurisdiction.


**SO ORDERED.**

**Date:  July 8, 2024**                                    _____
**     New York, New York**                                    **VALERIE CAPRONI**
                                                           **United States District Judge**